UNITED STATES of America,
Plaintiff–Appellee,

v.

Ronald Lee WILSON, Defendant–
Appellant.

No. 01–6442.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Ronald Lee Wilson, pro se. William Earl Day, II, Assistant United States Attorney, Florence, SC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Lee Wilson seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wilson,* Nos. CR–97–866; CA–00–3001–4–22 (D.S.C. Jan. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*